FILED

04/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0178

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0178

_____

MICHAEL THOMAS PRAY-DAVIS,

Petitioner,

v.

LYNN GUYER, Warden,
Montana State Prison,

Respondent.

_____

FILED

APR 2 1. 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

_____

Michael Thomas Pray-Davis moves this Court for appointment of counsel because "Montana State Prison is only offering Legal Access once per week, for only two (2) hours per day, due to the COVID-19 VIRUS." (Emphasis in original). Citing to high court precedent, Pray-Davis contends that the lack of access to legal resources violates his constitutional right to represent himself. *Faretta v. California*, 422 U.S. 806, 95 S. Ct. 2525 (1974).

*Faretta* stands for an independent constitutional right of self-representation, or dispensing with appointed counsel, in a state criminal case. *Faretta*, 422 U.S. at 814, 95 S. Ct. at 2530-31. We remind Pray-Davis that he has an original proceeding with this Court and that he represented himself when he filed his petition for a writ of habeas corpus.

Pray-Davis is not entitled to representation from appellate counsel. There is no right to the appointment of counsel in a proceeding for postconviction relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA. Pray-Davis also has not demonstrated that extraordinary circumstances exist to justify appointment of counsel, pursuant to § 46-8-104(3), MCA. Upon review of his petition last month, this Court ordered a response. There is no reply brief allowed in an original proceeding. M. R. App. P. 14(7)(a). Pray-Davis does not need to file anything further. Accordingly,

IT IS ORDERED that Pray-Davis's Motion to Appoint Counsel is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Michael Thomas Pray-Davis personally.

DATED this 21st day of April, 2020.

For the Court,

By _____
Chief Justice